# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

**AISHIA PETERSEN**,            Case No. 22-cv-22201-JEM

    Plaintiff,

v.

**MARC JACOBS INTERNATIONAL LLC**,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff AISHIA PETERSEN, hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The parties would like to avoid any additional expense, and further the interests of judicial economy, while they focus efforts on finalizing the material terms of the settlement and reducing it to a writing. Plaintiff therefore requests this Court to vacate all currently set dates with the expectation that Notice for Dismissal with prejudice as to all claims will be filed within forty-five (45) days.

Dated this 17th day of August 2022.

                                                 By: _/s/ Acacia Barros_
                                                 Acacia Barros, Esq.
                                                 Fla. Bar No. 106277
                                                 **ACACIA BARROS, P.A.**
                                                 11120 N Kendall Dr., Suite 201
                                                 Miami, Florida 33176
                                                 Telephone: 305-639-8381
                                                 ab@barroswlawfirm.com
                                                 _Counsel for Plaintiff_

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August 2022 that the foregoing document has been filed using CM/ECF system and will be served on Defendant.

                                                 _s/Acacia Barros_
                                                 Attorney for Plaintiff
                                                 ACACIA BARROS, P.A.